IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT A. REPH,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-6757 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this  30th  day of January 2013, upon consideration of Plaintiff's Motion for Attorney Fees Pursuant to Equal Access to Justice Act (Doc. No. 20), Defendant's Response thereto (Doc. No. 22), and Plaintiff's Reply (Doc. No. 23), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Plaintiff is awarded Six Thousand Two Hundred Five dollars and 86/100 cents ($6,205.86) in attorney's fees and Three Hundred Fifty dollars and 00/00 cents ($350.00) in costs.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.